UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

IN THE MATTER OF § §
ALFONSO OTERO. §

DR 20 MC 0041

## ORDER

On June 9, 2020 at 9:00 a.m., the case of *United States v. Rodriguez-Herrera*, DR-19-CR-2908-AM, was set for docket call before this Court. Alfonso Otero, counsel for the Defendant, was scheduled to appear on behalf of his client. Mr. Otero was not present at this proceeding and neglected to explain his absence to the Court beforehand.

Mr. Otero is hereby **ORDERED** to show cause why a sanction of criminal contempt should not be imposed pursuant to Federal Rule of Criminal Procedure 42 for his failure to appear in Court as required. Mr. Otero is **ORDERED** to appear at a hearing before the Court, sitting in Del Rio, Texas, on **July 14, 2020, at 10:15 a.m.** to show cause why he should not be held in contempt and fined and/or imprisoned as mentioned herein. The Court requests that the prosecutor for the Government in the aforementioned case prosecute this contempt proceeding.

In lieu of personally appearing in Court, Mr. Otero may deposit $750.00 with the registry of the Court before the date and time of his contempt hearing. Failure to comply will result in the imposition of sanctions.

SIGNED and ENTERED on this 11th day of June, 2020.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE